## Second Department, September, 1970

### (September 16, 1970)

■ In the Matter of ANITA M. DE MARTINI, Respondent, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and NANCY GOODING, Appellant.—

No opinion.
Rabin, Acting P. J., Hopkins, Munder and Benjamin, JJ., concur.

### (September 17, 1970)

■ WESTCHESTERTOWNE HOUSES, INC., et al., Petitioners, v. STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.

### (September 18, 1970)

■ In the Matter of WILLIAM J. PFOSER, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and LAWRENCE C. MULE, Respondents.—

No opinion. Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.